48 F.3d 1226
NOTICE: Eighth Circuit Rule 28A(k) governs citation of unpublished opinions and provides that no party may cite an opinion not intended for publication unless the cases are related by identity between the parties or the causes of action.
 George Ronald WILSON, Appellant,
v.
UNITED STATES BUREAU OF PRISONS, Appellee.
 No. 94-2919.
 United States Court of Appeals,
Eighth Circuit.
 Submitted: Feb. 13, 1995.
Filed: Feb. 17, 1995.
 
 Before FAGG, MAGILL, and BEAM, Circuit Judges.
 PER CURIAM.
 
 
 1
 George Ronald Wilson, a federal inmate at Oakdale, Louisiana, appeals the district court's[1] denial of his 28 U.S.C. Sec. 2255 motion. Having carefully reviewed the record, we find that the district court committed no error of law, and that an opinion would lack precedential value. Accordingly, we affirm. See 8th Cir. R. 47B.
 
 
 
 [1]
 The Honorable Diana E. Murphy, then Chief Judge, United States District Court for the District of Minnesota, now United States Circuit Judge, adopting the report and recommendation of the Honorable Jonathan G. Lebedoff, United States Magistrate Judge for the District of Minnesota